FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 14 2025

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW MEXICO

IN THE SANTA FE COUNTY DISTRICT COURT

DWAYNE SAMPLE,
Plaintiff,

v.

HILTON WORLDWIDE INC. and ASHFORD TRS SANTA FE LLC,
Defendants.

Case No. 1:25-CV-00984-JFR-SCY

## MOTION TO DISQUALIFY COUNSEL

Plaintiff DWAYNE SAMPLE, PRO SE, respectfully moves this Honorable Court to disqualify Donna Chapman, Elizabeth Perkins, and the law firm of Quintairos, Prieto, Wood & Boyer, P.A from representing Hilton Worldwide Inc. and Ashford TRS Santa Fe LLC in this matter.

This motion is based on a clear and irreconcilable conflict of interest, where Ms. Chapman and her firm are representing two defendants whose legal positions are directly adverse to one another, jeopardizing the integrity of this proceeding and violating the rules of professional conduct.

**I. Factual Background**

1. This lawsuit arises from violations of the Americans with Disabilities Act (ADA) and related claims of discrimination against a person with disabilities at a hotel facility.

2. The defendants are Hilton Worldwide Inc. (the franchisor) and Ashford TRS Santa Fe LLC (the franchisee that owns and operates the specific hotel property).

3. Both Hilton Worldwide Inc. and Ashford TRS Santa Fe LLC are currently being represented by the same counsel, Donna Chapman, and the law firm of Quintairos, Prieto, Wood & Boyer, P.A.

4. Jody Almendarez, an Executive Ambassador for Hilton Worldwide, has stated that Ashford TRS Santa Fe LLC is independently owned and operated and is responsible for breaching its contract with Hilton concerning ADA violations.

5. Ashford TRS Santa Fe LLC has denied breaching any contract with Hilton, thereby creating a directly adverse position between the co-defendants.

6. The litigation is further complicated by past and ongoing legal precedents regarding ADA compliance and franchisor liability.

7. Hilton Worldwide Inc. may intend to terminate the contract to protect its brand reputation and may sue to recover damages for the alleged breaches.

8. Ashford TRS Santa Fe LLC may intend to defend its performance, argue that Hilton Worldwide Inc. demands were unreasonable, and potentially sue for wrongful termination or financial detriment caused by the dispute.

9. Conflict of interest exists here as Donna Chapman cannot represent both sides, as they would be tasked with either helping Hilton Worldwide Inc. prove the breach or helping Ashford TRS Santa Fe LLC defend against the same claim.

10. Indemnification disputes exist here as Hilton Franchise agreements contain indemnification clauses, which legally protect one party from financial liability caused by the other. In this case, there is a lawsuit against both Hilton Worldwide Inc. and Ashford TRS Santa Fe LLC; they both will dispute who is ultimately responsible for the financial costs.

11. Hilton Worldwide Inc. would likely demand that Ashford TRS Santa Fe LLC indemnify it for any damages or legal fees associated with the lawsuit.

12. Ashford TRS Santa Fe LLC might argue that Hilton Worldwide Inc.'s own actions or brand directives contributed to the incident, negating or reducing its responsibility to indemnify.

13. An attorney cannot argue for and against the enforcement of the same indemnification clause. This is a conflict of interest.

## II. Argument for Disqualification

### A. Legal Standard for Disqualification

A motion to disqualify opposing counsel is the appropriate mechanism when a conflict of interest or other ethical violation undermines the integrity of the adversary process. The relevant ethical rule, ABA Model Rule 1.7 (Conflict of Interest: Current Clients), prohibits a lawyer from representing a client if the representation involves a concurrent conflict of interest. A concurrent conflict exists if:

- The representation of one client is directly adverse to another client; or

- There is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client.

### B. Direct Adversity Between Hilton Worldwide Inc. and Ashford TRS Santa Fe LLC

Based on the facts, the positions of Hilton and Ashford are fundamentally antagonistic and create a direct conflict of interest:

- **Hilton Worldwide Inc.'s Position:** Through its Executive Ambassador, Hilton has asserted that Ashford is independently operated and solely responsible for the ADA violations and any breach of contract. This places the blame squarely on Ashford and requires Hilton's counsel to advocate against Ashford's interests.

- **Ashford TRS Santa Fe LLC's Position:** Ashford has denied breaching its contract with Hilton. Its defense requires it to counter Hilton's claims and potentially shifts liability back to the franchisor under theories of brand standards and control.

By representing both parties, Ms. Chapman and her firm cannot fulfill their duty of loyalty to each client. It is impossible for them to be an effective advocate for Hilton by arguing that Ashford breached its contract while simultaneously defending Ashford against that very same claim.

### C. Material Limitation of Representation

Even if the conflict were not directly adverse, Ms. Chapman's representation is still materially limited:

- She cannot give Hilton Worldwide Inc. completely candid advice about suing Ashford TRS Santa Fe LLC for breach of contract, nor can she advise Ashford TRS Santa Fe LLC freely on potential defenses against Hilton Worldwide Inc.'s claims.

- Her position inherently forecloses alternatives that would otherwise be available to each client, such as a cross-claim by Hilton against Ashford, or a more robust defense by Ashford that implicates Hilton's liability.

- This shared representation jeopardizes the attorney-client privilege, as discussions with one client could become relevant in an adverse action with the other.

### D. Non-Consentable Conflict

Under ABA Model Rule 1.7(b)(3), some conflicts are not consentable, especially when a lawyer is "representing opposing parties in the same litigation or other proceeding before a tribunal". Since Hilton and Ashford have directly adverse positions regarding liability, this conflict is so severe that it cannot be cured by client consent. The integrity of the judicial process is compromised when one law firm must attack and defend against the very same allegations involving their respective clients.

### III. Conclusion

Because counsel's continued representation of both Hilton Worldwide Inc. and Ashford TRS Santa Fe LLC presents a clear and non-consentable conflict of interest, the motion to disqualify counsel should be granted.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order disqualifying Donna Chapman and the law firm of Quintairos, Prieto, Wood & Boyer, P.A from representing either Hilton Worldwide Inc. or Ashford TRS Santa Fe LLC in this litigation, and for such other relief as the Court deems just and proper.

Dated: **OCTOBER 10TH 2025**

Respectfully submitted,

**DWAYNE SAMPLE**
**PLAINTIFF PRO SE**

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

DWAYNE SAMPLE,

    Plaintiff,

v.

HILTON WORLDWIDE HOLDINGS
INC, and PARKS HOSPITALITY
HOLDINGS,

    Defendants.

Cause No. D-101-CV-2025-02360
Hon. Kathleen McGarry Ellenwood

## NOTICE OF FILING NOTICE OF REMOVAL

TO: The Honorable Kathleen McGarry Ellenwood, First Judicial District Court
County of Santa Fe, State of New Mexico

Hilton Worldwide Holdings Inc., by and through its counsel, Quintairos, Prieto, Wood & Boyer, P.A. (Donna L. Chapman and Elizabeth Perkins) hereby gives notice to The Honorable Kathleen McGarry Ellenwood, First Judicial District Court, County of Santa Fe, State of New Mexico that a Notice of Removal of the above-entitled action has been filed in the United States District Court for the District of New Mexico. An endorsed copy of the Notice of Removal is attached hereto.

Respectfully submitted,

/s/Elizabeth G. Perkins
Donna L. Chapman
Elizabeth G. Perkins
6565 Americas Pkwy. Suite 200
Albuquerque, NM 87110
Donna.chapman@qpwblaw.com
Elizabeth.perkins@qpwblaw.com
*Attorneys for Hilton Worldwide Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 9, 2025, foregoing pleading was filed electronically through the tyler tech system, which caused all parties to be served by electronic means. I also caused a copy of the filing to be served to pro se Plaintiff Dwayne Sample via email.

*/s/Elizabeth G. Perkins*
Elizabeth G. Perkins

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

DWAYNE SAMPLE,

    Plaintiff,

v.

                              Cause No.

HILTON WORLDWIDE HOLDINGS
INC, and PARKS HOSPITALITY
HOLDINGS,

    Defendants.

## NOTICE OF REMOVAL

Hilton Worldwide Holdings Inc., by and through its counsel, Quintairos, Prieto, Wood & Boyer, P.A. (Donna L. Chapman and Elizabeth Perkins) and pursuant to the provisions of 28 U.S.C. § 1441(a), § 1332(a), and § 1331 hereby removes Cause Number D-101-CV-2025-02360, filed in the First Judicial District Court, Santa Fe County, State of New Mexico. As grounds for removal, Hilton Worldwide Holdings Inc. states the following:

    1.    On September 16, 2025, Plaintiff filed his complaint against Hilton Worldwide Holdings and Parks Hospitality Holdings in the First Judicial District Court, County of Santa Fe, State of New Mexico.

    2.    The Complaint alleges he was discriminated against because he was asked to leave the hotel property due to his disability and service dog.

    3.    Plaintiff attached documents to his Complaint indicating his basis for his discrimination claim is a violation of Title III of the Americans with Disabilities Act (ADA).

    4.    Plaintiff filed an affidavit of service stating service was made upon the defendants on September 24, 2025. Pursuant to 28 U.S.C. § 1446(b)(1) this Notice of Removal is timely.

5. Pursuant to 28 U.S.C. § 1331(a), this Court has original jurisdiction based on federal law asserted.

6. Hilton Worldwide Holdings, Inc. asserts that Parks Hospitality Holdings is not a properly joined party and has not been properly served and its consent is not required for removal. Additionally, Plaintiff has filed a Motion to Amend the Complaint attempting to add additional defendants, but no amended Complaint has been filed or served. None of these proposed defendants have been properly joined or served at this time and their consent is not required for removal.

7. Plaintiff is a resident of Colorado.

8. Hilton Worldwide Holdings, Inc. is a Delaware corporation with its principal place of business in Virginia.

9. Upon information and belief, Parks Hospitality Holdings is not a New Mexico resident.

10. Plaintiff's Complaint indicates he seeks over $75,000.00 in damages.

11. This case is also removable based on diversity of citizenship and amount in controversy.

12. Hilton Worldwide Holdings, Inc. will promptly file a copy of this Notice of Removal with the First Judicial District Court as required by 28 U.S.C. § 1446(d).

13. A copy of all process, pleadings, and orders filed in the state court action is attached hereto as Exhibit 1.

WHEREFORE, Hilton Worldwide Holdings, Inc. prays the above-entitled action be removed from the State of New Mexico First Judicial District Court to this Court.

Respectfully submitted,

/s/*Elizabeth G. Perkins*
Donna L. Chapman
Elizabeth G. Perkins
6565 Americas Pkwy. Suite 200
Albuquerque, NM 87110
Donna.chapman@qpwblaw.com
Elizabeth.perkins@qpwblaw.com
*Attorneys for Hilton Worldwide Holdings, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ANGELA SAMPLE and
DWAYNE SAMPLE,

    Plaintiffs,

v.

ASHFORD TRS SANTA FE, LLC

    Defendant.

Case No. 1:23-cv00865-JRF-KRS

## ASHFORD TRS SANTA FE, LLC's SUPPLEMENTAL INITIAL DISCLOSRES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

Ashford TRS Santa Fe, LLC, by and through its counsel, Quintairos, Prieto, Wood & Boyer, P.A. (Donna L. Chapman) and pursuant to the Federal Rules of Civil Procedure, submits this Supplemental Initial Disclosure.

In addition to those previously named and to reflect Ms. Ornelas is no longer with Ashford TRS Santa Fe, LLC, the following is provided.

**A.**    **Individuals Likely to Have Discoverable Information**

    6.    Angelica Ornelas (last known information)

    1899 Pacheco Street, Apt. 1214

    Santa Fe, NM  87505

Ms. Ornelas was a front desk clerk with Ashford TRS Santa Fe, LLC at the property known as Hilton Santa Fe Historic Plaza at the time of the incident in question. It is anticipated Ms. Ornelas may testify about her knowledge of the incident and allegations at issue in the Complaint, as well as her interaction with any party.

2

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

*/s/Donna L. Chapman*
Donna L. Chapman
6565 Americas Pkwy, Suite 200
Albuquerque, NM  87110
(505) 785-7012
Donna.chapman@qpwblaw.com
*Attorneys for Ashford TRS Santa Fe, LLC*

2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ANY WEIGHT

PRESS FIRMLY TO SEAL

Retail
CO 80915
OCT 11, 2025
$33.40
S2324P502581-7

87102
RDC 07

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

ER 138 041 855 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE( )
DWAYNE SAMPLE   MITCHELL R. ELFERS
3908 RYEDALE WAY   CLERK
Colorado Springs Co 80922

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)   PHONE( )
US DISTRICT COURT   ATTN: CLERK
333 LOMAS S BLVD
NW SUITE 270 ALBUQUERQUE

ZIP + 4® (U.S. ADDRESSES ONLY)
8 7 1 0 3 - _ _ _ _

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 80915
Scheduled Delivery Date: 10/16/25
Postage: $33.40
Date Accepted: 10/11
Scheduled Delivery Time: 6:00 PM
Time Accepted: 816 AM
Weight: Flat Rate

**DELIVERY (POSTAL SERVICE USE ONLY)**
Acceptance Employee Initials: ALD

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996



PEEL FROM THIS CORNER


