IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DWAYNE SAMPLE,

Plaintiff,

v.                              CASE:   No. 1:25-cv-00984-WJ-SCY

HILTON WORLDWIDE HOLDINGS INC.,

PARKS HOSPITALITY HOLDINGS (PHH), and

HILTON OF SANTA FE,

Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**AND RESPONSE TO ORDER TO SHOW CAUSE (DOC. 68)**

Plaintiff Dwayne Sample, proceeding pro se, files this Notice and Response and states:

**1. NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (RULE 41(a)(1)(A)(i))**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire action without prejudice, because Defendants have not served an Answer or a Motion for Summary Judgment.

**2. RESPONSE TO ORDER TO SHOW CAUSE (DOC. 68)**

Plaintiff also responds to the Court's Order to Show Cause (Doc. 68) as follows:

1. Plaintiff confirms the incident occurred on November 26, 2022. Any reference to November 26, 2023 in the removed state-court complaint was an inadvertent typo/scrivener's error.

2. Plaintiff does not wish to maintain duplicative litigation and intends to focus his efforts on Sample v. Hilton Worldwide Holdings, Inc., No. 1:23-cv-00865-SMD-KRS ("Sample I") and the matters pending there.

3. Because Plaintiff has voluntarily dismissed this case under Rule 41(a)(1)(A)(i), Plaintiff respectfully requests the Court terminate the Order to Show Cause as moot and close this case.

Respectfully submitted,

/s/ Dwayne Sample

DWAYNE SAMPLE, pro se

DSAMPLE1378@GMAIL.COM

**CERTIFICATE OF SERVICE**

I certify that on __January 15, _____, 2026, I served a true and correct copy of this filing on all counsel of record by [CM/ECF notice and/or U.S. Mail/email as permitted], including:

Elizabeth Perkins & Donna Chapman

Quintairos, Prieto, Wood & Boyer, P.A.

6565 Americas Pkwy., Suite 200

Albuquerque, NM 87110

Donna.chapman@qpwb.com (or the email shown on counsel's signature block)

Elizabeth.perkins@qpwb.com

/s/ Dwayne Sample